Appeal Nos. 15-1640, 15-1641

## IN THE UNITED STATES COURT OF APPEALS
## FOR THE FEDERAL CIRCUIT

U.S. ETHERNET INNOVATIONS, LLC,

*Plaintiff-Appellant*,

v.

ACER, INC., ACER AMERICA CORPORATION, APPLE INC., ASUS
COMPUTER INTERNATIONAL, ASUSTEK COMPUTER INC., DELL INC.,
FUJITSU LIMITED, FUJITSU AMERICA, INC., GATEWAY, INC.,
HEWLETT-PACKARD CO., SONY CORPORATION, SONY CORPORATION
OF AMERICA, SONY ELECTRONICS INC., TOSHIBA CORPORATION,
TOSHIBA AMERICA INFORMATION SYSTEMS, INC., J.C. PENNEY
COMPANY, INC., RENT-A-CENTER, INC., MARVELL SEMICONDUCTOR,
INC., INTEL CORPORATION,

*Defendants-Appellees*.

*Appeals from the United States District Court for the Northern District of
California in Nos. 4:10-cv-03724-CW, 4:10-cv-05254-CW,
Judge Claudia Wilken.*

## DEFENDANTS-APPELLEES' UNOPPOSED MOTION FOR EXTENSION
## OF TIME TO FILE APPELLEES' RESPONSIVE BRIEFING

*Counsel listed on the following page*

Garland T. Stephens
Douglas W. McClellan
Justin L. Constant
WEIL, GOTSHAL & MANGES LLP
700 Louisiana, Suite 1700
Houston, TX 77002
(713) 546-5000

Edward R. Reines
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood City, CA 94065
(650) 802-3000

*Attorneys for Defendant-Appellee*
Intel Corporation

Michael C. Ting
Kevin C. Jones
TECHNOWLEDGE LAW GROUP,
     LLP
100 Marine Parkway, Suite 200
Redwood Shores, CA 94065
(408) 646-1131

*Attorneys for Defendants-Appellees*
Acer, Inc., Acer America Corporation,
     and Gateway, Inc.

Matthew J. Brigham
COOLEY LLP
3175 Hanover Street, Suite 400
Palo Alto, CA 94304
(650) 843-5000

*Attorneys for Defendants-Appellees*
ASUS Computer International and
     Asustek Computer Inc.

Danny L. Williams
Christopher N. Cravey
Kyung T. Kim
Matthew R. Rodgers
WILLIAMS MORGAN P.C.
10333 Richmond Ave., Suite 1100
Houston, TX 77043
(713) 934-4060

*Attorneys for Defendant-Appellee*
Apple Inc.

Kimball R. Anderson
Kathleen B. Barry
WINSTON & STRAWN LLP
35 West Wacker Dr.
Chicago, IL 60661
(312) 558-5858

*Attorneys for Defendant-Appellee*
Dell Inc.

Karl J. Kramer
MORRISON & FOERSTER LLP
755 Page Mill Rd.
Palo Alto, CA 94304
(650) 813-5600

*Attorney for Defendants-Appellees*
Fujitsu Limited and Fujitsu America,
     Inc.

David T. McDonald
K&L GATES LLP
925 Fourth Avenue, Suite 2900
Seattle, WA 98104
(206) 370-7957

Roderick B. Williams
K&L GATES LLP
2801 Via Fortuna, Suite 350
Austin, TX 78746
(512-482-6800)

*Attorneys for Defendant-Appellee*
Hewlett-Packard Co.

Diane K. Lettelleir
J.C. PENNEY CORPORATION, INC.
6501 Legacy Drive, MS 1122
Plano, TX 75024
(972) 431-5012

*Attorney for Defendant-Appellee*
J.C. Penney Company, Inc.


Kevin P.B. Johnson
QUINN EMANUEL URQUHART &
    SULLIVAN, LLP
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
(650) 801-5000

Kathleen M. Sullivan
Krista M. Rycroft
QUINN EMANUEL URQUHART &
    SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
(212) 849-7000

*Attorneys for Defendant-Appellee*
Marvell Semiconductor, Inc.

Jeffrey K. Joyner
GREENBERG TRAURIG LLP
1840 Century Park East, Suite 1900
Los Angeles, CA 90067
(310) 586-7700

*Attorney for Defendant-Appellee*
Rent-A-Center, Inc.

Lionel M. Lavenue
Daniel C. Cooley
Michael V. Young, Sr.
FINNEGAN, HENDERSON,
    FARABOW, GARRETT &
    DUNNER, LLP
Two Freedom Square
11955 Freedom Drive
Reston, VA 20190
(571) 203-2700

*Attorneys for Defendants-Appellees*
Sony Corporation, Sony Corporation of
    America, and Sony Electronics Inc.

Brian C. Claassen
Irfan A. Lateef
KNOBBE, MARTENS, OLSON &
    BEAR LLP
2040 Main St. 14th Floor
Irvine, CA 92614
(949) 760-0404

*Attorneys for Defendant-Appellee*
Toshiba Corporation and Toshiba
    America Information Systems, Inc.

Pursuant to Federal Circuit Rule 26(b), and for the reasons set forth below, Defendants-Appellees ("Appellees") hereby respectfully move for an extension of 13 days for Appellees to file responsive briefing in these appeals, currently due on August 27, 2015.  If the Court grants this request, Appellees' deadline will be extended to September 9, 2015.  In accordance with the extension of time for Appellees' brief, Plaintiff-Appellant U.S. Ethernet Innovations, LLC ("USEI") and Appellees agree that the time for USEI to file its reply brief be extended to October 26, 2015.

Appellees have not previously requested any extension of this deadline, and good cause exists for the requested extension.  The 19 Appellees in these appeals seek additional time that is required for the purpose of coordinating among the many Appellees and Appellees' counsel.  The number of involved attorneys with the added complication of summer schedules establishes good cause.

Counsel for USEI has confirmed that USEI does not oppose this extension.

For the foregoing reasons, Appellees respectfully request that the Court grant their unopposed motion and order that the deadline for Appellees' responsive briefing in the appeals is extended to September 9, 2015.

1

Dated:  July 27, 2015                    Respectfully submitted,

*/s/ Garland T. Stephens*
Garland T. Stephens
Douglas W. McClellan
Justin L. Constant
WEIL, GOTSHAL & MANGES LLP
700 Louisiana, Suite 1700
Houston, TX 77002
(713) 546-5000

Edward R. Reines
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood City, CA 94065
(650) 802-3000

*Attorneys for Defendants-Appellees*
Intel Corporation


*/s/ Michael C. Ting*
Michael C. Ting
Kevin C. Jones
TECHNOWLEDGE LAW GROUP, LLP
100 Marine Parkway, Suite 200
Redwood Shores, CA 94065
(408) 646-1131

*Attorneys for Defendants-Appellees*
Acer, Inc., Acer America Corporation, and
    Gateway, Inc.

/s/ Matthew J. Brigham
Matthew J. Brigham
COOLEY LLP
3175 Hanover Street, Suite 400
Palo Alto, CA 94304
(650) 843-5000

Attorneys for Defendants-Appellees
ASUS Computer International and
    Asustek Computer Inc.

/s/ Danny L. Williams
Danny L. Williams
Christopher N. Cravey
Kyung T. Kim
Matthew R. Rodgers
WILLIAMS MORGAN P.C.
10333 Richmond Ave., Suite 1100
Houston, TX 77043
(713) 934-4060

Attorneys for Defendant-Appellee
Apple Inc.

/s/ Kimball R. Anderson
Kimball R. Anderson
Kathleen B. Barry
WINSTON & STRAWN LLP
35 West Wacker Dr.
Chicago, IL 60661
(312) 558-5858

Attorneys for Defendant-Appellee
Dell Inc.

/s/ Karl J. Kramer
Karl J. Kramer
MORRISON & FOERSTER LLP
755 Page Mill Rd.
Palo Alto, CA 94304
(650) 813-5600

Attorney for Defendants-Appellees
Fujitsu Limited and Fujitsu America, Inc.

/s/ David T. McDonald
David T. McDonald
K&L GATES LLP
925 Fourth Avenue, Suite 2900
Seattle, WA 98104
(206) 370-7957

Roderick B. Williams
K&L GATES LLP
2801 Via Fortuna, Suite 350
Austin, TX 78746
(512-482-6800)

Attorneys for Defendant-Appellee
Hewlett-Packard Co.

/s/ Diane K. Lettelleir
Diane K. Lettelleir
J.C. PENNEY CORPORATION, INC.
6501 Legacy Drive, MS 1122
Plano, TX 75024
(972) 431-5012

Attorney for Defendant-Appellee
J.C. Penney Company, Inc.

3

/s/ Kevin P.B. Johnson

Kevin P.B. Johnson
QUINN EMANUEL URQUHART &
    SULLIVAN, LLP
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
(650) 801-5000

Kathleen M. Sullivan
Krista M. Rycroft
QUINN EMANUEL URQUHART &
    SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
(212) 849-7000

*Attorneys for Defendant-Appellee*
Marvell Semiconductor, Inc.

/s/ Lionel M. Lavenue

Lionel M. Lavenue
Daniel C. Cooley
Michael V. Young, Sr.
FINNEGAN, HENDERSON, FARABOW,
    GARRETT & DUNNER, LLP
Two Freedom Square
11955 Freedom Drive
Reston, VA 20190
(571) 203-2700

*Attorneys for Defendants-Appellees*
Sony Corporation, Sony Corporation of
    America, and Sony Electronics Inc.

/s/ Jeffrey K. Joyner

Jeffrey K. Joyner
GREENBERG TRAURIG LLP
1840 Century Park East, Suite 1900
Los Angeles, CA 90067
(310) 586-7700

*Attorney for Defendant-Appellee*
Rent-A-Center, Inc.

/s/ Brian C. Claassen

Brian C. Claassen
Irfan A. Lateef
KNOBBE, MARTENS, OLSON & BEAR
    LLP
2040 Main St. 14th Floor
Irvine, CA 92614
(949) 760-0404

*Attorneys for Defendant-Appellee*
Toshiba Corporation and Toshiba America
    Information Systems, Inc.

4

**IN THE UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT**

U.S. ETHERNET INNOVATIONS, LLC,

*Plaintiff-Appellant*,

v.

ACER, INC., ACER AMERICA CORPORATION, APPLE INC., ASUS
COMPUTER INTERNATIONAL, ASUSTEK COMPUTER INC., DELL INC.,
FUJITSU LIMITED, FUJITSU AMERICA, INC., GATEWAY, INC.,
HEWLETT-PACKARD CO., SONY CORPORATION, SONY CORPORATION
OF AMERICA, SONY ELECTRONICS INC., TOSHIBA CORPORATION,
TOSHIBA AMERICA INFORMATION SYSTEMS, INC., J.C. PENNEY
COMPANY, INC., RENT-A-CENTER, INC., MARVELL SEMICONDUCTOR,
INC., INTEL CORPORATION,

*Defendants-Appellees*.

*Appeals from the United States District Court for the Northern District of
California in Nos. 4:10-cv-03724-CW, 4:10-cv-05254-CW,
Judge Claudia Wilken.*

**DECLARATION OF GARLAND T. STEPHENS**

I, Garland T. Stephens, hereby declare as follows:

1.    I am a partner with Weil, Gotshal & Manges LLP, counsel for

Defendant-Appellee Intel Corporation.  I am submitting this declaration of counsel

in connection with Defendants-Appellees' Unopposed Motion For Extension Of

Time To File Appellees' Responsive Briefing.

2.    The nineteen Appellees in these appeals may require additional time for

the purpose of coordinating among Appellees and Appellees' counsel, including

1

coordination of the parties' and counsel's schedules, to brief these appeals in an efficient manner.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 27, 2015

*/s/ Garland T. Stephens*

Garland T. Stephens
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA  94065
(650) 802-3000

*Attorney for Defendant-Appellee*
Intel Corporation

2

**IN THE UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT**

U.S. ETHERNET INNOVATIONS, LLC,

*Plaintiff-Appellant*,

v.

ACER, INC., ACER AMERICA CORPORATION, APPLE INC., ASUS
COMPUTER INTERNATIONAL, ASUSTEK COMPUTER INC., DELL INC.,
FUJITSU LIMITED, FUJITSU AMERICA, INC., GATEWAY, INC.,
HEWLETT-PACKARD CO., SONY CORPORATION, SONY CORPORATION
OF AMERICA, SONY ELECTRONICS INC., TOSHIBA CORPORATION,
TOSHIBA AMERICA INFORMATION SYSTEMS, INC., J.C. PENNEY
COMPANY, INC., RENT-A-CENTER, INC., MARVELL SEMICONDUCTOR,
INC., INTEL CORPORATION,

*Defendants-Appellees*.

*Appeals from the United States District Court for the Northern District of
California in Nos. 4:10-cv-03724-CW, 4:10-cv-05254-CW,
Judge Claudia Wilken.*

**ORDER**

UPON CONSIDERATION of Defendants-Appellees' Motion for a
13-day extension of time for the filing of Defendants-Appellees' responsive
briefing,

IT IS ORDERED THAT:

The motion is granted. The time for filing Defendants-Appellees'
responsive briefing shall be extended up to and including September 9, 2015. The
time for filing Plaintiff-Appellant's reply briefing shall be extended up to and
including October 26, 2015.

FOR THE COURT

Dated: _____                    _____

**UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT**

**CERTIFICATE OF INTEREST**

U.S. Ethernet Innovations, LLC v. Acer, Inc., *et al.*

Nos. 15-1640, 15-1641

Counsel for Defendant-Appellee Intel Corporation certify the following:

**1.    The full name of every party or amicus represented by me is:**

Intel Corporation

**2.    The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by me is:**

Intel Corporation

**3.    All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party or amicus curiae represented by me are:**

None.

**4.    The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or are expected to appear in this court are:**

Fish & Richardson P.C.: Aamir A. Kazi, Benjamin C. Elacqua, David J. Healey, Francis J. Albert, John P. Brinkmann, John W. Thornburgh, Lauren A. Degnan, Ruffin B. Cordell, Seth M. Sproul, Thad C. Kodish

Parker Bunt & Ainsworth: Charles Ainsworth, Robert C. Bunt, Robert M. Parker

Potter Minton: Allen F. Gardner, John F. Bufe, Michael E. Jones

Weil, Gotshal & Manges LLP: Garland T. Stephens, Anant N. Pradhan, Brian E. Ferguson, Byron C. Beebe, Douglas W. McClellan, Edward R. Reines, Jared Bobrow, Justin L. Constant, Melissa L. Hotze, Sonal N. Mehta*, Carmen E. Bremer*

Wilmer Cutler Pickering Hale and Dorr LLP: David C. Marcus

*No longer with the firm.

Dated: July 27, 2015                        */s/ Garland T. Stephens*
                                            Garland T. Stephens

                                            *Counsel for Defendant-Appellee*

**Form 9**

FORM 9.  Certificate of Interest

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

U.S. Ethernet Innovations, LLC v. Acer Inc. et al.

No. 15-1640

# CERTIFICATE OF INTEREST

Counsel for the (petitioner) (appellant) (respondent) (appellee) (amicus) (name of party)

Appellee certifies the following (use "None" if applicable; use extra sheets if necessary):

1.      The full name of every party or amicus represented by me is:

Acer Inc., Acer America Corporation, and Gateway, Inc.

2.      The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by me is:

None.

3.      All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party or amicus curiae represented by me are:

Gateway, Inc. owns more than 10% of Acer America Corp.'s stock.  Acer American Holdings Corp. owns 100% of the shares of Gateway, Inc.  Boardwalk Capital Holdings Corp. owns 100% of the shares of Acer American Holdings Corp.  Acer Inc. owns 100% of the shares of Boardwalk Capital Holdings Limited.  Acer Inc. is a Taiwanese publicly held company.

4. ☑  The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court are:

Kevin Christopher Jones, Kaiwen Tseng, Hsiang James Lin, Ken K.  Fung, and Fatima S. Alloo, of TechKnowledge Law Group, LLP; Freitas, Tseng and Kaufman, LLP; Orrick Herrington & Sutcliffe, LLP.

July 27, 2015
_____
Date

_____
Signature of counsel

Michael Chaocha Ting
_____
Printed name of counsel

Please Note: All questions must be answered
cc: _____

124

Form 9

FORM 9.   Certificate of Interest

## UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

U.S. Ethernet Innovations, Inc.     v. Acer, Inc.

No. 15-1640,15-1641

## CERTIFICATE OF INTEREST

Counsel for the (petitioner) (appellant) (respondent) (appellee) (amicus) (name of party)

Asustek Computer, Inc., Asus Computer International certifies the following (use "None" if applicable; use extra sheets if necessary):

1.     The full name of every party or amicus represented by me is:

Asustek Computer, Inc., and Asus Computer International

2.     The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by me is:

Asustek Computer, Inc. and Asus Computer International

3.     All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party or amicus curiae represented by me are:

Asus Computer International discloses that its parent company is Asustek Computer, Inc. and that no other publicly held corporation owns 10% or more of its stock.

4.  ☑  The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court are:

Matthew J. Brigham, Cooley LLP, 3175 Hanover Street, Palo Alto, CA 94304

| July 27, 2015 | /s/ Matthew J. Brigham |
|---|---|
| Date | Signature of counsel |
| | Matthew J. Brigham |
| | Printed name of counsel |

Please Note: All questions must be answered

cc: _____

124

Form 9

FORM 9.  Certificate of Interest

---

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

U.S. Ethernet Innovations, LLC _____ v. Acer, Inc., et al. _____

No. 15-1640, 15-1641

## CERTIFICATE OF INTEREST

Counsel for the (petitioner) (appellant) (respondent) (appellee) (amicus) (name of party)

Apple Inc. _____ certifies the following (use "None" if applicable; use extra sheets if necessary):

1.      The full name of every party or amicus represented by me is:

Apple Inc.

_____

2.      The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by me is:

Apple Inc.

_____

3.      All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party or amicus curiae represented by me are:

None

_____

4.  ☑   The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court are:

Williams Morgan, PC: Danny L. Williams, Christopher N. Cravey, Kyung T. Kim, Matthew R. Rodgers; Feinberg Day Alberti & Thompson: Margaret Elizabeth Day, David Alberti, Yakov Zolotorev

_____

July 27, 2015
Date

/s/ Danny L. Williams
Signature of counsel

Danny L. Williams
Printed name of counsel

Please Note: All questions must be answered

cc:  all counsel of record _____

**Form 9**

FORM 9.  Certificate of Interest

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

U.S. Ethernet Innovations, LLC _____ v. Acer, Inc., et al. _____

No. 15-1640

# CERTIFICATE OF INTEREST

Counsel for the (petitioner) (appellant) (respondent) (appellee) (amicus) (name of party)

Dell Inc. _____ certifies the following (use "None" if applicable; use extra sheets if necessary):

1.      The full name of every party or amicus represented by me is:

Dell Inc.

_____

2.      The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by me is:

Dell Inc.

_____

3.      All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party or amicus curiae represented by me are:

Denali Intermediate Inc.

_____

4.  ☑  The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court are:

Winston & Strawn; Ramey & Flock; Farella Braun + Martel; Alston & Bird; Kimball R. Anderson; Michael L. Brody; Kathleen B. Barry; Laura K. Carter; Deron R. Dacus; Eric Mersmann; Yasin Mohammad; Michael J. Newton; Hiep Huu Nguyen; Ashlea R. Pflug; Alex Reese; James W. Morando; Marc Tarlock; Douglas R. Young

_____

July 27, 2015                                  /s/ Kimball R. Anderson
_____                _____
           Date                                      Signature of counsel

                                               Kimball R. Anderson
                                               _____
                                                    Printed name of counsel

Please Note: All questions must be answered

cc: all counsel of record _____

124

FORM 9.  Certificate of Interest

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

U.S. Ethernet Innovations, LLC     v.  Acer, Inc., et al.

No. 15-1640, 15-1641

# CERTIFICATE OF INTEREST

Counsel for the (petitioner) (appellant) (respondent) (appellee) (amicus) (name of party)

Fujitsu Limited and Fujitsu America, Inc. certifies the following (use "None" if applicable; use extra sheets if necessary):

1.     The full name of every party or amicus represented by me is:

Fujitsu Limited

Fujitsu America, Inc.

2.     The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by me is:

Not applicable

3.     All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party or amicus curiae represented by me are:

Fujitsu America, Inc., is a wholly-owned subsidiary of Fujitsu North America Holdings, Inc., which in turn is a wholly-owned subsidiary of Fujitsu Limited.  Fujitsu Limited has no parent corporation.  Fuji Electric Co., Ltd., a publicly held corporation, owns or controls 10% or more of Fujitsu Limited's stock.

4.  ☐   The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court are:

Morrison and Foerster LLP:  Karl J. Kramer, Christopher F. Jeu, Daniel C. Hubin.

Andy Tindel Attorney & Counselor At Law, P.C.:  Andy Tindel

July 27, 2015

Date

/s/ Karl J. Kramer

Signature of counsel

Karl J. Kramer

Printed name of counsel

Please Note: All questions must be answered

cc: _____

Form 9

FORM 9.   Certificate of Interest

## UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

U.S. Ethernet Innovations, LLC        v. Acer, Inc., et al.

No. 15-1640

## CERTIFICATE OF INTEREST

Counsel for the (petitioner) (appellant) (respondent) (appellee) (amicus) (name of party)
Appellee Hewlett-Packard Co. certifies the following (use "None" if applicable; use extra sheets if necessary):

1.      The full name of every party or amicus represented by me is:

Hewlett-Packard Co.

2.      The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by me is:

Hewlett-Packard Co.

3.      All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party or amicus curiae represented by me are:

None

4.  ☑   The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court are:

K&L Gates LLP--David T. McDonald, Roderick B. Williams, Michael J. Bettinger, Timothy P. Walker; Harold H. Davis Jr., and Patricia Kane Schmidt; and Fish & Richardson P.C.--Garland T. Stephens, Thad C. Kodish, Seth M. Sproul, and Amir Kazi.

July 27, 2015                          /s/ David T. McDonald
_____                    _____
Date                                   Signature of counsel

                                       David T. McDonald
                                       _____
                                       Printed name of counsel

Please Note: All questions must be answered
cc: All Attorneys of Record

124

FORM 9.   Certificate of Interest

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

U.S Ethernet Innovations, LLC   v. Acer, Inc. et al

No. 15-1640

# CERTIFICATE OF INTEREST

Counsel for the (petitioner) (appellant) (respondent) (appellee) (amicus) (name of party)

J. C. Penney Company, Inc.   certifies the following (use "None" if applicable; use extra sheets if necessary):

1.      The full name of every party or amicus represented by me is:

J. C. Penney Company, Inc.

2.      The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by me is:

J. C. Penney Corporation, Inc.

3.      All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party or amicus curiae represented by me are:

Not applicable.

4.  ☑   The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court are:

Andrews Kurth LLC: Tonya M. Gray and Gerald C. Conley

July 27, 2015
Date

/s/ Diane K. Lettelleir
Signature of counsel

Diane K. Lettelleir
Printed name of counsel

Please Note: All questions must be answered
cc: all counsel of record

124

Form 9.  Certificate of Interest

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

## U.S. Ethernet Innovations, LLC v.  Acer, Inc., et al.
## No. 15-1640, 15-1641

## <u>CERTIFICATE OF INTEREST</u>

Counsel for appellee Marvell Semiconductor, Inc. certifies the following:

**1.  The full name of every party or amicus curiae represented by me is:**

Marvell Semiconductor, Inc.

**2.  The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by me is:**

Marvell Semiconductor, Inc.

**3.  All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party or amicus curiae represented by me are:**

> Marvell Semiconductor, Inc. is a subsidiary of Marvell Technology, Inc. and Marvell Israel Ltd., and is an indirect subsidiary of Marvell Technology Group, Ltd.

**4.  The names of all law firms and the partners or associates that appeared for the party or amicus curiae now represented by me in the trial court or are expected to appear in this Court are listed below.**

QUINN EMANUEL URQUHART & SULLIVAN, LLP
Kevin P.B. Johnson
Edward J. DeFranco
Kathleen M. Sullivan
Sean Pak
Ray R. Zado
Jordan R. Jaffe
Krista M. Rycroft
Aileen J. Kim
Michael E. Flynn-O'Brien (No longer with firm)

Form 9.  Certificate of Interest

WILSON ROBERTSON & CORNELIUS PC
Jennifer Parker Ainsworth

Dated: July 27, 2015

Kevin P.B. Johnson

**Form 9**

FORM 9.   Certificate of Interest

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

U.S. Ethernet Innovations, LLC    v. Marvell Semiconductor, Inc.

No. 15-1640, 15-1641

# CERTIFICATE OF INTEREST

Counsel for the (petitioner) (appellant) (respondent) (appellee) (amicus) (name of party)

Appellee_____ certifies the following (use "None" if applicable; use extra sheets if necessary):

1.    The full name of every party or amicus represented by me is:

Rent-A-Center, Inc.

_____

2.    The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by me is:

Not applicable

_____

3.    All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party or amicus curiae represented by me are:

Rent-A-Center, Inc. is a publicly traded company and does not have any publicly held company owning more than 10% of its stock.

_____

4.  ☐   The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court are:

Greenberg Traurig LLP (Jeffrey K Joyner)

_____

|  |  |
|---|---|
| July 27, 2015 | /s/ Jeffrey K. Joyner |
| Date | Signature of counsel |
|  | Jeffrey K. Joyner |
|  | Printed name of counsel |

Please Note: All questions must be answered

cc: _____

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

## U.S. Ethernet Innovations, LLC v. Acer, Inc.

## Appeal Nos. 15-1640, -1641

## CERTIFICATE OF INTEREST

Counsel for the defendants-appellees Sony Corporation, Sony Corporation of America, Sony Electronics Inc. certifies the following (use "None" if applicable; use extra sheets if necessary):

1. The full name of every party or amicus represented by me is:

   Sony Corporation
   Sony Corporation of America
   Sony Electronics Inc.

2. The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by me is:

   Sony Corporation
   Sony Corporation of America
   Sony Electronics Inc.

3. All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party or amicus curiae represented by me are:

   Sony Electronics Inc. is a wholly-owned subsidiary of Sony Corporation of America. Sony Corporation of America is an indirect, wholly owned subsidiary of Sony Corporation.

4.  The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court are:

FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP
Lionel M. Lavenue, Scott R. Mosko, Daniel C. Cooley, Nicholas J. Nugent and Michael V. Young, Sr.


Date:  July 27, 2015                                    /s/ Lionel M. Lavenue
                                                        Lionel M. Lavenue
                                                        Daniel C. Cooley
                                                        FINNEGAN, HENDERSON, FARABOW,
                                                          GARRETT & DUNNER, L.L.P.
                                                        Two Freedom Square
                                                        11955 Freedom Drive, Suite 800
                                                        Reston, VA 20190-5675
                                                        571-203-2700

                                                        Attorneys for Defendants-Appellees

**Form 9**

FORM 9.   Certificate of Interest

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

U.S. Ethernet Innovations, LLC _____ v. Acer, Inc. et al. _____

No. 15-1640

# CERTIFICATE OF INTEREST

Counsel for the (petitioner) (appellant) (respondent) (appellee) (amicus) (name of party)

Appelle _____ certifies the following (use "None" if applicable; use extra sheets if necessary):

1.      The full name of every party or amicus represented by me is:

Toshiba Corporation and Toshiba America Information Systems, Inc.

_____

2.      The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by me is:

Not Applicable

_____

3.      All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party or amicus curiae represented by me are:

Toshiba Corporation is a publically held Japanese Corporation. Toshiba states that it has no parent corporations and there are no publically held corporations that own more that 10% of its stock. Toshiba America Information Systems, Inc. is a wholly owned subsidiary of Toshiba America Inc., which is owned by Toshiba Corporation and has no parent corporation that owns more than 10% of its stock.

4.   ☑   The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court are:

Knobbe, Martens, Olson & Bear LLP: Irfan A. Lateef, Brian C. Claassen

_____

_____July 27, 2015_____          /s/ Irfan A. Lateef _____
            Date                                              Signature of counsel

                                                   Irfan A. Lateef _____
                                                        Printed name of counsel

Please Note: All questions must be answered
cc: All counsel of record _____

124

## **ECF-3(B)(2) REPRESENTATION**

Pursuant to this Court's Administrative Order Regarding Electronic Case Filing, the undersigned represents under ECF-3(b)(2) that counsel for Defendants-Appellees Acer, Inc., Acer America Corporation, Apple Inc., Asus Computer International, Asustek Computer Inc., Dell Inc., Fujitsu Limited, Fujitsu America, Inc., Gateway, Inc., Hewlett-Packard Co., Sony Corporation, Sony Corporation of America, Sony Electronics Inc., Toshiba Corporation, Toshiba America Information Systems, Inc., J.C. Penney Company, Inc., Rent-A-Center, Inc., and Marvell Semiconductor, Inc., have consented to their signatures on the Certificates of Interest and this Unopposed Motion for Extension of Time to File Appellees' Responsive Briefing.

Dated: July 27, 2015

*/s/ Garland T. Stephens*
Garland T. Stephens
WEIL, GOTSHAL & MANGES LLP
700 Louisiana, Suite 1700
Houston, TX 77002
(713) 546-5000

*Attorney for Defendant-Appellee*
Intel Corporation

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 27, 2015, I filed or caused to be filed copies of the foregoing with the Clerk of the United States Court of Appeals for the Federal Circuit via the CM/ECF system and served or caused to be served a copy on all counsel of record by the CM/ECF system and email.

Dated: July 27, 2015

*/s/ Edward R. Reines*
Edward R. Reines
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood City, CA 94065
(650) 802-3000

*Attorney for Defendant-Appellee*
Intel Corporation