NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**U.S. ETHERNET INNOVATIONS, LLC,**
*Plaintiff - Appellant*

v.

**ACER, INC., ACER AMERICA CORPORATION, APPLE INC., ASUS COMPUTER INTERNATIONAL, ASUSTEK COMPUTER INC., DELL INC., FUJITSU LIMITED, FUJITSU AMERICA, INC., GATEWAY, INC., HEWLETT-PACKARD CO., SONY CORPORATION, SONY CORPORATION OF AMERICA, SONY ELECTRONICS INC., TOSHIBA CORPORATION, TOSHIBA AMERICA INFORMATION SYSTEMS, INC., J.C. PENNEY COMPANY, INC., RENT-A-CENTER, INC., MARVELL SEMICONDUCTOR, INC., INTEL CORPORATION,**
*Defendants - Appellees*

---

2015-1640, -1641

---

Appeals from the United States District Court for the Northern District of California in case nos. 4:10-cv-03724-CW, 4:10-cv-05254-CW, Judge Claudia Wilken.

---

ON MOTION

<u>O R D E R</u>

Appellees Acer, Inc., et al., jointly move unopposed to extend time to file their opening brief by 13 days, until September 9, 2015.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted. The appellees' brief is due on September 9, 2015.

FOR THE COURT

July 28, 2015            <u>/s/ Daniel E. O'Toole</u>
                         Daniel E. O'Toole
                         Clerk of Court